```
1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Brandon L. Reeves - 242897
   ELLIS LAW GROUP LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
6  breeves@ellislawgrp.com

7  Attorneys for Defendant WINDHAM PROFESSIONALS, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELISA BROWN, on behalf of herself and all others similarly situated,<br><br>    PLAINTIFF,<br><br>v.<br><br>WINDHAM PROFESSIONALS, INC., a Massachusetts corporation, and DOES 1 through 10, inclusive, and each of them,<br><br>    DEFENDANTS. | Case No.:  CV-13-08450 -DSF-AGRX<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Delisa Brown and defendant Windham Professionals, Inc., that this matter be dismissed, with prejudice, as to plaintiff's individual claims pursuant to FRCP 41(a), with each party to bear its own attorneys' fees and costs.

This action has settled as to plaintiff's individual claims only. No class has been certified, and by settling her own claims, plaintiff has elected to not pursue class certification. Accordingly, the parties request that the Court dismiss this action in its entirety with prejudice as to plaintiff individually, and without prejudice as to claims, if any, of absent putative class members.

Dated: February 21, 2014

               LAW OFFICES OF TODD FRIEDMAN

               By */s/Todd Friedman*
                  Todd Friedman
                  Attorney for Plaintiff
                  DELISA BROWN

Dated: February 21, 2014

               ELLIS LAW GROUP LLP

               By */s/Brandon Reeves*
                  Brandon L. Reeves
                  Attorney for Defendant
                  WINDHAM PROFESSIONALS, INC.

STIPULATION FOR DISMISSAL WITH PREJUDICE

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On February 21, 2014, I served the following document(s) on the parties in the within action:

STIPULATION FOR DISMISSAL WITH PREJUDICE

| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
|---|---|

| | |
|---|---|
| Todd Friedman<br>Law Offices of Todd Friedman<br>369 S. Doheny Drive<br>Suite 415<br>Beverly Hills, CA 90211 | Attorneys for Plaintiff<br>Delisa Brown |
| L. Paul Mankin<br>Law Offices of L. Paul Mankin<br>8730 Wilshire Boulevard<br>Suite 310<br>Beverly Hills, CA 90211 | Attorneys for Plaintiff<br>Delisa Brown |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 21, 2014.

By: /s/ Jennifer E. Mueller